NUMBER 13-02-727-CR

               COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
__________________________________________________________________

FELIPE SAN MARTIN ADRIANO,                                         Appellant,

v.

THE STATE OF TEXAS,                                                      Appellee.
__________________________________________________________________

On appeal from the 398th District Court 
of Hidalgo County, Texas.
___________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza
Opinion Per Curiam

         Appellant, FELIPE SAN MARTIN ADRIANO, perfected an appeal from an order
denying habeas corpus relief entered by the 398th District Court of Hidalgo County,
Texas, in cause number CR-2143-02-I. On March 27, 2003, this cause was abated,
and the trial court was directed to conduct a hearing in accordance with Tex. R. App.
P. 38.8(b)(2). The trial court’s findings and recommendations were received on
February 19, 2004. The trial court found that the appeal has been abandoned. 
Further, the trial court found that appellant was tried, found guilty, and sentenced to
25 years on the case in chief and that the bond issue is now moot.
         The Court, having considered the documents on file and the trial court’s findings
and recommendations, is of the opinion that the appeal should be dismissed. The
appeal is hereby DISMISSED.
                                                               PER CURIAM
Do not publish.
Tex. R. App. P. 47.2(b).
Opinion delivered and filed this
the 4th day of March, 2004.